COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-19-00109-CV

Style:  Robert Finch II v. Angela Stegman

Date motion filed[*]:  March 7, 2019

Type of motion:  Motion to Extend Time to File Notice of Appeal

Party filing motion:  Appellant Robert Finch II

Document to be filed:  Proof of payment for reporter's record fee

Is appeal accelerated?  No.

If motion to extend time:

Original due dates:  February 3, 2019 (Notice of Appeal deadline)

Number of extensions granted:  0  Current Due Dates:  2/18/19 (15-day grace period)

Dates Requested:  2/13/19 (NOA filing date); 3/17/19 (RR fee)

Ordered that motion is:

☑ Granted

If document is to be filed, document due:  March 19, 2019.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: __Appellant's motion for extension of time to file his notice of appeal is **granted** because his notice of appeal was filed on February 13, 2019, within the 15-day grace period ending on February 18, 2019, and his motion provides a reasonable explanation for the 10-day delay.  *See* TEX. R. APP. P. 10.5(b), 26.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997); *Hone v. Hanafin*, 104 S.W.3d 884, 886-87 (Tex. 2003).  Additionally, the Court grants appellant's extension request to pay the reporter's record fee by March 19, 2019.

Judge's signature: _____/s/ Evelyn V. Keyes_____

x Acting individually  ☐ Acting for the Court

Date: ___March 19, 2019__